UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

DAVID HACKSHAW,

                                                    Plaintiffs,      **NOTICE OF APPEARANCE**

            -against-

THE CITY OF NEW YORK, MATTHEW FRIED,      10 CV 6005 (BMC)
GERARD DELPRETE, and JOHN and JANE DOE 1
through 10, individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                                      Defendants.

------------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Alexandra Corsi**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of defendant City of New York, in this action, having replaced Katherine Elizabeth Smith effective March 2, 2011.

Dated:  New York, New York
          March 2, 2011

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                              of the City of New York
                                              *Attorney for Defendant City of New York*
                                              100 Church Street, Rm. 3-153
                                              New York, New York 10007
                                              (212) 788-1090

                                       By:  */s/ Alexandra Corsi*
                                              Alexandra Corsi
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

To:     BY ECF
          Brett Klein, Esq.

Index No. 10 Civ. 6005 (BMC)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID HACKSHAW,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, MATTHEW FRIED, GERARD DELPRETE, and JOHN and JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                              Defendants.

## NOTICE OF APPEARANCE

### *MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
    *Attorney for Defendant City of New York*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Alexandra Corsi*
*Tel: (212) 788-1090*

*Due and timely service is hereby admitted.*

*New York, N.Y.*............................................., *2011*

............................................................. *Esq.*

*Attorney for* ...........................................................